**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: ) | Case No. <u>12-60790</u> |
| ) | |
| David Craft ) | |
| ) | Judge: <u>HOFFMAN</u> |
| ) | |
| Debtor ) | Chapter: 13 |

**NOTICE OF CHANGE OF ADDRESS**

NAME OF PARTY TO BE CHANGED:    Debtor;    David Craft

FORMER ADDRESS:         1469 Summit Street
                        Columbus, OH 43201

NEW ADDRESS:            824 Thomas Rd.
                        Columbus, OH 43212

DATE: Monday, June 19, 2017        */s/ Michael A. Cox*
                                    Michael A. Cox (0075218)
                                    Attorney for Debtor
                                    Guerrieri & Cox
                                    2500 North High Street, Ste. 100
                                    Columbus, OH 43202
                                    (614) 267-2871

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the above Notice of Change of Address is served via ECF to the Trustee for the above named Debtor upon transmission to the Court.

Creditors/Parties of Interest via electronically:

US Trustee
Faye D. English

Creditors and parties of interest via regular US mail:

David Craft
824 Thomas Rd.
Columbus, OH 43212

                                    */s/ Michael A. Cox*
                                    Michael A. Cox (0075218)
                                    Attorney for Debtor